1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUSAN BARELA, | ) | Case No. 2:08-cv-01817-HDM-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| WALGREEN CO., an Illinois corporation | ) | |
| doing business in the State of Nevada | ) | |
| as Walgreens, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

///
///
///
///
///
///
///
///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 31 day of March, 2011.

| THE BACH LAW FIRM, LLC | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Jason J. Bach | By: /s/ Scott M. Abbott |
| Jason J. Bach  #7984 | Scott M. Abbott  #4500 |
| Michael Mascarello  #10673 | R. Todd Creer  #10016 |
| 6053 South Fort Apache Road, Suite 130 | 3000 West Charleston Blvd., Suite 3 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89102 |
| Tel: (702) 925-8787 | Tel: (702) 259-8640 |
| Fax: (702) 925-8788 | Fax: (702) 259-8646 |
| Attorneys for Plaintiff | Attorneys for Defendant |

### ORDER

**IT IS SO ORDERED.**

DATED: April 19, 2011

_____
UNITED STATES DISTRICT COURT JUDGE